**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DeVAUGHN ALSTON,

        Plaintiff,

   vs.

HOUSING AUTHORITY OF THE
CITY OF PITTSBURGH,

        Defendants.

Civil Action No. 2:24-cv-01326

JURY TRIAL DEMANDED

**NOTICE OF REMOVAL**

Defendant, HOUSING AUTHORITY OF THE CITY OF PITTSBURGH, by and through their undersigned counsel, file this Notice of Removal of Case No. GD 24-009364 (the "State Action") in the Court of Common Pleas of Allegheny County, Pennsylvania to the United States District Court for the Western District of Pennsylvania. *See* 28 U.S.C. §§ 1331, 1441(a), and 1446, averring as follows:

1.      Plaintiff filed the underlying Complaint on or about August 22, 2024, in the Court of Common Pleas of Allegheny County, where the action is now pending.

2.      The Complaint was served on Defendant on that same date.

3.      Copies of all process, pleadings and orders in this action pursuant to 28 U.S.C. § 1446(a) are filed with this Notice, attached as Exhibit A and made a part hereof.

**Removal Jurisdiction**

4.      This Court has jurisdiction over all claims in this case pursuant to 28 U.S.C. §§ 1331 and 1441(a).

5.      A defendant may remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction . . . to the district court of the United

States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6.      The United States District Court for the Western District of Pennsylvania, Pittsburgh Division is the appropriate Federal District Court for removal purposes because the action is currently filed in the Court of Common Pleas of Allegheny County. *See* 28 U.S.C. §§ 1441(a), 1446(a); LCvR 3.

7.      Plaintiff's Complaint, asserts claims against the Defendant, under 42 U.S.C. § 1437, the United States Housing Act of 1937, and 42 U.S.C. § 1983, for alleged violations of Plaintiff's Due Process rights under the "Due Process Clause of the Fourteenth Amendment to the United States Constitution, the United States' Housing Act and its regulations and the HACP's own written policies." (See Exhibit A, Complaint ¶ 12).

8.      Pursuant to 28 U.S.C. § 1331, a federal district court possesses original subject matter jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

9.      This Court has original subject matter jurisdiction with respect to Counts I, II, IV, V of the Complaint pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and may exercise jurisdiction over Plaintiff's breach of contract claim which is based on the same underlying facts and events, pursuant to 28 U.S.C. § 1367 (supplemental jurisdiction). *See Wisconsin Dep't of Corr. V. Schacht*, 524 U.S. 381, 387 (1998).

### Procedural Requirements

10.      This Notice of Removal is timely. 28 U.S.C. § 1446(b)(1); *Sikirica v. Nationwide Ins. Co.,* 416 F.3d 214, 223 (3d Cir. 2005).

11.    Defendant is serving Plaintiff's counsel of record with a copy of this Notice of Removal.

12.    Pursuant to 28 U.S.C. § 1446(d), a written Notice of Filing of this Notice of Removal will be filed in the Court of Common Pleas of Allegheny County, Pennsylvania, at Case No. GD 24-009364, and served upon Plaintiff promptly after removal.  A copy of the Notice of Filing is attached hereto as Exhibit B.

WHEREFORE, Defendant respectfully requests that this action be removed to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

*/s/ J. Andrew Salemme*
Irving S. Firman, Esquire
Pa. ID # 78837

J. Andrew Salemme, Esquire
Pa. ID #208257
1500 One PPG Place
Pittsburgh, PA  15222
(412) 566-1212
ifirman@tuckerlaw.com
asalemme@tuckerlaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of September, 2024, a true and correct copy of the

Notice of Removal was served upon Plaintiff's counsel via United States Mail, First Class, postage

pre-paid, as follows and via e-mail on September 20, 2024:

Eileen D. Yacknin, Esquire
Neighborhood Legal Services
928 Penn Avenue
Pittsburgh, PA 15222
yacknine@nisa.us

/s/ J. Andrew Salemme
J. Andrew Salemme, Esquire